JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simon Benhaim<br><br>        Plaintiff,<br><br>v.<br><br>New York Life Insurance Company,<br><br>        Defendant. | Case No. CV 16-07834-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 17, 2017      _____

                                    HON. ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE