JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMON BENHAIM,<br><br>           Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No. 2:16-cv-7834 AB (AGRx)<br><br>(**PROPOSED**) ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: March 24, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

LA #4839-4008-5061 v1                        - 1 -